IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>        Plaintiff,<br><br>        v.<br><br>**ILLUMINA, INC.,**  and<br>**GRAIL, INC.,**<br><br>        Defendants. | Civil Action No. _____-cv-_____ |

**PLAINTIFF FEDERAL TRADE COMMISSION'S
UNOPPOSED MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiff, the Federal Trade Commission (the "Commission") respectfully moves the Court for an order, pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.1(h), directing the Clerk of the Court to file the Complaint under seal until further order. The Commission is coordinating with Defendants and will file a public version of its Complaint redacting information that has been designated confidential by Defendants and by third parties.

The filing of the Complaint and the Commission's need for injunctive relief are time sensitive and, therefore, counsel for the Commission respectfully asks that the Court rule on this motion as quickly as possible.

Plaintiff's Complaint seeks a preliminary injunction to enjoin Defendant Illumina, Inc., from acquiring the assets of Defendant GRAIL, Inc., until the Commission completes an administrative proceeding to determine whether the proposed acquisition would violate Section 7 of the Clayton Act, 15 U.S.C. § 18, and Section 5 of the FTC Act, 15 U.S.C. § 45. Defendants Illumina, Inc., and GRAIL, Inc., as well as third parties have designated certain information

1

confidential during the Commission's investigation of the proposed acquisition, undertaken pursuant to the FTC Act, 15 U.S.C. §§ 41-58.  *See, e.g.*, paragraphs 4, 7-12, 14, 25-26, 33-34, 38, 40, 45-52, 60-61, 68, 72-74, 77-78, 80-81, and 83 of the Complaint.

The filing of these papers under seal is proper under *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), which controls decisions within the D.C. Circuit on whether to seal or redact court records.  The confidential business information contained in the Complaint was provided to the Commission pursuant to statutory and regulatory guarantees of confidentiality contained in the Hart-Scott-Rodino Act and/or the FTC Act.  *See* 15 U.S.C. §§ 18a(h), 46(f), 57b-2(b), 57b-2(c), 6 C.F.R. § 4.10(d)-(g).  At least <u>four</u> of the factors identified in *Hubbard* support temporary sealing of the Complaint: counsel for the Commission is unaware of any prior public access to the relevant information; Defendants and third parties have sought confidential treatment of the relevant information; Defendants and third parties have a strong property and privacy interest in avoiding disclosure of information relevant to current competitive initiatives; and Defendants and third parties face a strong possibility of prejudice in the event that competitively sensitive information is publicly disclosed.  *See Primas v. District of Columbia*, 719 F.3d 693, 698-99 (D.C. Cir. 2013) (identifying six *Hubbard* factors relevant to motions to seal, including "the need for public access to the documents;" "the extent of previous public access to the documents;" "the fact that someone has objected to disclosure, and the identity of that person;" "the strength of any property and privacy interests asserted;" "the possibility of prejudice to those opposing disclosure;" and "the purposes for which the documents were introduced during the judicial proceedings"); *United States v. Aetna Inc.*, No 1:16-cv-01494-JDB, 2016 WL 8379257 (D.D.C. Dec. 4, 2016) (recommending grant of defendants' motion to

seal confidential business information in a proceeding brought to challenge a merger under the antitrust laws).

In accordance with Local Rule 7(m), counsel for the Commission discussed this motion with counsel for the Defendants. Defendants do not oppose this motion.

\*\*\*

Given the nature of the confidential and competitively sensitive information contained in the Complaint, Plaintiff respectfully requests the Court issue an Order directing the Clerk of the Court to file the Complaint under seal, until further order.

A proposed order is attached.

Dated: March 30, 2021                                      Respectfully submitted,

*(signature)*

Susan Musser
D.C. Bar #1531486
Senior Trial Counsel
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
Telephone: (202) 326-2122
Email: smusser@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th of March, 2021, I served the forgoing on the following counsel via electronic mail:

Christine A. Varney, Esq.
Sharonmoyee Goswami, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1140
cvarney@cravath.com
sgoswami@cravath.com

*Counsel for Illumina, Inc.*

Michael G. Egge, Esq.
Marguerite M. Sullivan, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Washington, D.C. 20004
(202) 637-2285
michael.egge@lw.com
marguerite.sullivan@lw.com

*Counsel for GRAIL, Inc.*

Susan Musser
*Attorney for Plaintiff*
Federal Trade Commission