IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ILLUMINA, INC.,** and **GRAIL, INC.,**<br><br>Defendants. | Civil Action No. \_\_-cv-_____ |

**PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Plaintiff, the Federal Trade Commission (the "Commission") has filed this action seeking an order preliminarily enjoining the proposed acquisition of GRAIL, Inc. ("Grail") by Defendant Illumina, Inc. ("Illumina") as a violation of Section 5 of the FTC Act, 15 U.S.C. § 45, and Section 7 of the Clayton Act, 15 U.S.C. § 18.  In the absence of temporary relief, Defendants would be able to consummate the proposed acquisition after 11:59 p.m. Eastern Time on March 31, 2021.  However, the parties have stipulated to a temporary restraining order under which Defendant Illumina will not consummate the proposed transaction until the earlier of 12:01 AM on September 20, 2021 or after 11:59 PM Eastern Time on the second (2nd) business day after the Court rules on Plaintiff's motion for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b); or (c) immediately upon dismissal of this action by the Commission.  The stipulation is attached hereto.

Plaintiff respectfully moves the Court for entry of a temporary restraining order consistent with the parties' stipulation.

A proposed order is attached.

Dated: March 30, 2021

Respectfully submitted,

Susan Musser
D.C. Bar #1531486
Senior Trial Counsel
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
Telephone: (202) 326-2122
Email: smusser@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2020, I served the foregoing on the following counsel via electronic mail:

Christine A. Varney, Esq.
Sharonmoyee Goswami, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1140
cvarney@cravath.com
sgoswami@cravath.com

*Counsel for Illumina, Inc.*

Michael G. Egge, Esq.
Marguerite M. Sullivan, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Washington, D.C. 20004
(202) 637-2285
michael.egge@lw.com
marguerite.sullivan@lw.com

*Counsel for GRAIL, Inc.*

By: /s/ Susan Musser
Susan Musser
*Attorney for Plaintiff*
*Federal Trade Commission*