AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>*Plaintiff* )<br>v. )<br>ILLUMINA, INC. and GRAIL, INC. )<br>*Defendant* ) | Case No.  1:21-cv-00873 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                                                  .

Date:    04/02/2021                                                     /s/ Dylan P. Naegele
                                                                                    *Attorney's signature*

                                                                    Dylan P. Naegele (DC Bar - 1670918)
                                                                         *Printed name and bar number*

                                                                         Federal Trade Commission
                                                                         Bureau of Competition
                                                                         400 7th Street, SW
                                                                         Washington, DC 20024
                                                                                    *Address*

                                                                             dnaegele@ftc.gov
                                                                                *E-mail address*

                                                                                (202) 326-2433
                                                                              *Telephone number*

                                                                                (202) 326-2655
                                                                                 *FAX number*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of April, 2021, I filed the foregoing with the Clerk of the Court via the CM/ECF system, which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Notice of Electronic Filing.

      /s/ Dylan P. Naegele
      Attorney for Plaintiff Federal Trade Commission