UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ILLUMINA, INC. AND GRAIL, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 1:21-cv-00873-RC |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID R. MARRIOTT

Movant Preston Burton, on behalf of Defendant Illumina, Inc., respectfully moves this Court, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, for an Order allowing the admission of David R. Marriott as attorney *pro hac vice* to appear in this action as counsel for Defendant Illumina, Inc., and in support of this motion states as follows:

　　　　1.　　David R. Marriott is a partner with Cravath, Swaine & Moore LLP.  He is a member in good standing of each Bar to which he is admitted and has never been disciplined. The declaration of Mr. Marriott is attached hereto.

　　　　2.　　Mr. Burton is admitted to practice before this Court.

　　　　3.　　The required $100 fee to file this motion will be paid during the electronic filing process.

　　WHEREFORE, Movant Preston Burton, on behalf of Defendant Illumina, Inc., respectfully requests, pursuant to LCvR 83.2(d) of the Rules of the United States District

Court for the District of Columbia, that this Court grant the admission of David R. Marriott as attorney *pro hac vice* to appear in this action as counsel for Defendant Illumina, Inc..

Dated: April 2, 2021                               Respectfully submitted,

/s/ Preston Burton_____
Preston Burton (D.C. Bar No. 426378)
Buckley LLP
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 Telephone
(202) 349-8080 Facsimile
pburton@buckleyfirm.com

*Attorney for Defendant, Illumina, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court on the ECF system and transmitted to counsel registered to receive electronic service.

/s/ Preston Burton_____
Preston Burton