# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| Plaintiff, | : | Civil Action No.: 21-873 (RC) |
| v. | : | Re Document No.: 41 |
| ILLUMINA, INC., *et al.*, | : | |
| Defendants. | : | |

# ORDER

### GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' Motion to Transfer (ECF No. 41) is **GRANTED**. The Clerk of the Court is directed to transfer this case to the Southern District of California.

Dated: April 20, 2021
                                                            RUDOLPH CONTRERAS
                                                            United States District Judge